439 F.2d 266
 UNITED STATES of America, Plaintiff-Appellee,
v.
William Thomas McGOVERN, Defendant-Appellant.
No. 30612 Summary Calendar.*
*Rule 18, 5 Cir. See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Feb. 25, 1971, Rehearing Denied March 17, 1971.
 
 William T. McGovern, pro se.
 James Sideris, Gulfport, Miss., for defendant-appellant.
 Robert E. Hauberg, U.S. Atty., E. Donald Strange, Daniel E. Lynn, Asst. U.S. Attys., Jackson, Miss., for plaintiff-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Appirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966